```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| SANFORD JARASHOW, et al., | CIVIL ACTION NO. 04-756 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, et al., |  |
| Defendants. |  |

**THE COURT** being advised on January 25, 2006, by the Chambers of the Magistrate Judge that the parties have settled the dispute at issue in this action; and thus the Court intending to (1) deny the defendants' motion for summary judgment, the plaintiffs' cross motion to amend the complaint, and the defendants' further motion for summary judgment (dkt. entry nos. 22, 25, 28) without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                                                 s/ Mary L. Cooper
                                                                  **MARY L. COOPER**
                                                                  United States District Judge